**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| CALVIN GASKEY, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:05-CV-540 |
| ) | (Phillips) |
| FULTON BELLOWS, LLC., et al., ) | |
|     Defendants. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendants Fulton Bellows, LLC; Fulton Bellows & Components, Inc.; and Morris Capital Management, LLC. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiffs their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2007.

                                                  s/ Patricia L. McNutt
                                                Clerk of Court